FILED18 JUN '24 16:48USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00241-HZ** |
| **v.** | **INDICTMENT** |
| **CARLOS MISCOOT,** | **18 U.S.C. § 1201(a)(1);**<br>**18 U.S.C. § 2261(a)(2);**<br>**18 U.S.C. § 924(c)(1)(A)(iii)** |
| **Defendant.** | |

**THE GRAND JURY CHARGES:**

**<u>COUNT 1</u>**
**(Kidnapping)**
**(18 U.S.C. § 1201(a)(1))**

On or about November 2, 2023, in the District of Oregon, the defendant, **CARLOS MISCOOT**, did unlawfully and willfully seize, confine, kidnap, abduct, carry away, and hold for sexual assault, intimidation, and otherwise Adult Victim 1 and, in committing or in furtherance of the commission of the offense, did travel in interstate commerce and willfully transport Adult Victim 1 in interstate commerce from the State of Oregon to the State of Washington;

In violation of 18 U.S.C. § 1201(a)(1).

**<u>COUNT 2</u>**
**(Interstate Domestic Violence)**
**(18 U.S.C. § 2261(a)(2))**

On or about November 2, 2023, in the District of Oregon and elsewhere, the defendant, **CARLOS MISCOOT**, caused Adult Victim 1, an intimate partner and dating partner, to travel

in interstate commerce by force, coercion, and duress, and while in the course of, as a result of, and to facilitate such travel, committed Assault in the Second Degree by way of strangulation in violation of Revised Code of Washington § 9A.36.021(1)(g) and Rape in the First Degree in violation of Revised Code of Washington § 9A.44.040, each a crime of violence, against Adult Victim 1, and used a dangerous weapon, to wit, a firearm, during the offense;

In violation of Title 18, United States Code, Section 2261(a)(2).

**COUNT 3**
**(Using Firearm During and in Relation to a Crime of Violence)**
**(18 U.S.C. § 924(c)(1)(A)(iii))**

On or about November 2, 2023, in the District of Oregon and elsewhere, the defendant, **CARLOS MISCOOT**, did knowingly brandish, carry, use, and discharge a firearm, that is, a black pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interstate Domestic Violence;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

Dated: June 18, 2024.

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

MIRA CHERNICK
Assistant United States Attorney