# UNITED STATES DISTRICT COURT

for the

District of Oregon

FILED02 OCT '24 16:48USDC-ORP

United States of America
v.
CARLOS MISCOOT

Defendant

Case No. 3:24-cr-00241-HZ

ORIGINAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* CARLOS MISCOOT, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Kidnapping
Interstate Domestic Violence
Using Firearm During and in Relation to a Crime of Violence

**Date:** **06/20/2024**

**City and State:** **Portland, OR**

**s/S. Behrends**
*Issuing officer's signature*

**S. Behrends, Deputy Clerk**
*Printed name and title*

### Return

This warrant was received on *(date)* 6/20/2024, and the person was arrested on *(date)* 10/1/2024 at *(city and state)* ______________.

Date: 10/1/2024

[signature]
*Arresting officer's signature*

Joseph O. Youngblood, Special Agent
*Printed name and title*