SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**MIRA CHERNICK, MASB #696845**
Assistant United States Attorney
Mira.Chernick@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00241-AB** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **CARLOS MISCOOT,** | |
| **Defendant.** | |

## I. Introduction

Defendant Carlos Miscoot abducted his ex-girlfriend at gunpoint, drove her across state lines into a remote area of Washington, and threatened her with the gun before raping her. After the rape, defendant continued to threaten AV1 and her family members as he drove her back to her home in Portland. The parties agree that fifteen years imprisonment is the appropriate sentence for this extreme act of sexual violence. The government also joins with the probation officer in recommending a five-year term of supervised release.

## II. Sentence Recommendation

The full facts of defendant's attack on AV1 are contained in the Presentence Investigation Report and will not be repeated here. The report describes a terrifying and prolonged attack, during which defendant repeatedly menaced AV1 with a gun and threatened to kill her. He drove her into the woods and raped her, firing the gun to force her to comply when she tried to resist the rape. This terrifying act of sexual violence warrants a sentence that reflects the seriousness of the offense and promotes respect for the law, particularly laws intended to protect women from sexual violence and intimate partner violence. The parties' joint recommendation of a sentence of fifteen years imprisonment is sufficient but no greater than necessary to punish defendant and protect the community from further crimes.

The joint recommendation for a sentence of fifteen years appropriately reflects both the nature and circumstances of the offense and the history and characteristics of the defendant. It balances the aggravating factors of his conduct, which are noted above and described in detail in the Presentence Investigation Report, with the mitigating factors present in this case, including defendant's lack of criminal history, relatively young age at the time of the offense, and adverse childhood experiences. Most importantly, a fifteen-year sentence will protect AV1 and other young women from further violence and sexual abuse by this defendant. The five-year term of supervised release recommended by the Probation Office will further protect the public and ensure that defendant receives mental health and substance use treatment as appropriate.

The government respectfully urges the Court to adopt the recommendation of the parties and the Probation Officer and impose a sentence of 60 months on Count 2 and the mandatory consecutive sentence of 120 months on Count 3, for a total of 180 months. The government

further asks the Court to impose a five-year term of supervised release, a $100 special assessment per count, and order restitution to the victim in the full amount of her losses.

**III. Restitution**

AV1 is entitled to restitution by statute and pursuant to the plea agreement. As of this date, the government has received some information in support of a restitution request and anticipates receiving additional documentation in the near future. Accordingly, the government requests that a restitution hearing be set within ninety days of sentencing.

Dated: August 12, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Mira Chernick*
MIRA CHERNICK, MASB #696845
Assistant United States Attorney