Benjamin T. Andersen
1000 SW Broadway #1740
Portland, Oregon 97205
t. 503.860.2531
bta@btandersen.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Carlos MIS COOT,<br>Defendant. | Case No. 3:24-CR-241-HZ<br><br>SENTENCING MEMORANDUM |

Carlos Mis Coot asks this Court to impose a 180-month sentence in accordance with the plea agreement in this case. This is an upward variance from the guidelines as calculated by the PSR.

Respectfully submitted this 17th day of August 2026.

Benjamin T. Andersen, OSB 06256
Attorney for Defendant